

*25CV6588*

# COMPLAINT FOR COPYRIGHT INFRINGEMENT

**UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK**

SHARRIEF K. BOUCHET,                )
p/k/a "Rawyal" or "Rief Rawyal",        )
   Plaintiff,                      )
                              )
v.                              )     Civil Action No.
                              )
SYMERE WOODS (p/k/a LIL UZI VERT),        )
ATLANTIC RECORDS,                  )
GENERATION NOW, LLC,                )
ROC NATION, LLC,                    )
WARNER MUSIC GROUP,                 )
   Defendants.                     )

## 1. Jurisdiction and Venue

- This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the Copyright Act, 17 U.S.C. § 101 et seq.
- Venue is proper under 28 U.S.C. § 1391(b) because Plaintiff resides in this district and a substantial part of the events occurred here.

## 2. Parties

- **Plaintiff**: Sharrief K. Bouchet, p/k/a "Rawyal" or "Rief Rawyal," is an independent recording artist residing in Brighton, New York.
- **Defendant Symere Woods**: Known professionally as Lil Uzi Vert, is a recording artist signed to Generation Now and Atlantic Records.
- **Defendant Atlantic Records**: A major record label under Warner Music Group.
- **Defendant Generation Now, LLC**: Uzi's label imprint under Atlantic Records.
- **Defendant Roc Nation, LLC**: Uzi's management company.

- **Defendant Warner Music Group**: Parent company of Atlantic Records and Generation Now.

# 3. Factual Background

- Plaintiff released *Pain and Pleasure* on August 15, 2022.
- On October 17, 2022, Defendants released *Just Wanna Rock (AH AH,)* which copied Plaintiff's original hook "When I Rock Ah Ah."
- Musicological analysis shows 93–97% derivation between the two works.
- Plaintiff had prior contact with Atlantic Records and submitted music to Lanre Gaba, now President of Hip-Hop, R&B, and Global Music.
- Plaintiff's Instagram content received engagement from Atlantic Records artist Cardi B, Fat Joe, Teddy Riley, and producers affiliated with Kendrick Lamar, Drake, Justin Bieber, and Nicki Minaj.
- Meta removed *Pain and Pleasure* without notice, forcing Plaintiff to re-upload the song multiple times. The original uploaded song is still inaccessible on social media
- An Instagram Reel featuring *Pain and Pleasure* garnered over 1 million views and another 30 second Reel 100+ hours of watch time.
- *Just Wanna Rock* was used in Fortnite, TikTok, *Blue Beetle*, NFL, WWE, and Grammy events.
- Warner Music Group used the song's success to secure licensing deals with TikTok, Meta, and an AI company.
- Uzi's performance rate for the song ranges from $100,000 to $300,000 per show, with multiple national and international tours.
- Universal Music Group also attempted to promote another derivative version of *Pain and Pleasure* on TikTok but was rejected after its licensing deal failed. UMG and others continued to release derivative works.
- Plaintiff registered the sound recording on May 2, 2023 (SR) and the composition on April 15, 2024 (PA).
- June 6 2025 My attorney at the time, sent a cease and desist notice to Lil Uzi's label

# 4. Claims for Relief

## Count I – Copyright Infringement (17 U.S.C. § 501)

- Plaintiff owns valid copyrights in *Pain and Pleasure*.
- Defendants copied original, protectable elements without authorization.
- The copied hook formed the core of *Just Wanna Rock* and was monetized across platforms.
- Defendants had access to Plaintiff's work and acted willfully.

# 5. Damages

- Plaintiff seeks actual damages under 17 U.S.C. § 504(b), including:
  - Lost licensing, streaming, and sync revenue
  - Indirect profits from commercial use
  - Reputational harm and market dilution
- Plaintiff estimates damages in excess of **$5 million**.
- Plaintiff seeks statutory damages for the sound recording under § 504(c).
- Plaintiff acknowledges statutory damages for the composition are unavailable under § 412 due to timing of registration.

# 6. Relief Requested

Plaintiff respectfully requests:

1. Judgment that Defendants infringed Plaintiff's copyrights
2. Actual and statutory damages as permitted by law
3. Injunctive relief to prevent further exploitation
4. Retroactive publishing credit and ownership share
5. Costs of litigation and any other relief the Court deems just

# 7. Exhibits

- **Exhibit A** – Declaration of Sharrief K. Bouchet
- **Exhibit B** – Social Media Engagement & Meta Suppression Evidence
- **Exhibit C** – Musicology Report
- **Exhibit D** – Copyright Registrations
- **Exhibit E** – Screenshots of Commercial Use (TikTok, Fortnite, Blue Beetle, etc.)

Here's your finalized set of documents, ready for printing and submission to the court:

---

 # COMPLAINT FOR COPYRIGHT INFRINGEMENT

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

SHARRIEF K. BOUCHET, )
p/k/a "Rawyal" or "Rief Rawyal", )
Plaintiff, )
)
v. ) Civil Action No. [To be assigned]
)
SYMERE WOODS (p/k/a LIL UZI VERT), )
ATLANTIC RECORDS, )
GENERATION NOW, LLC, )
ROC NATION, LLC, )
WARNER MUSIC GROUP, )
Defendants. )

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

**Plaintiff Sharrief K. Bouchet**, professionally known as "Rawyal" or "Rief Rawyal," brings this action against Defendants for copyright infringement under 17 U.S.C. § 501 and related claims, and alleges as follows:

---

## I. JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) as this action arises under the Copyright Act.
2. Venue is proper in this district under 28 U.S.C. § 1391(b) and § 1400(a) because Plaintiff resides in Brighton, New York, and a substantial part of the events giving rise to the claim occurred in this district.

---

## II. PARTIES

3. Plaintiff Sharrief K. Bouchet is an independent recording artist and songwriter residing in Brighton, New York.
4. Defendant Symere Woods, professionally known as Lil Uzi Vert, is a recording artist signed to Generation Now and Atlantic Records.
5. Defendant Atlantic Records is a major record label headquartered in New York, New York.
6. Defendant Generation Now, LLC is an imprint of Atlantic Records and Warner Music Group.
7. Defendant Roc Nation, LLC is a management company representing Symere Woods.
8. Defendant Warner Music Group is a multinational music company that distributed and monetized the infringing work.

## III. FACTUAL ALLEGATIONS

9. Plaintiff is the original creator of the musical work *Pain and Pleasure*, released publicly on August 15, 2022.
10. On October 17, 2022, Defendants released *Just Wanna Rock*, which contains melodic, lyrical, and thematic elements substantially similar to *Pain and Pleasure*.
11. Plaintiff commissioned a forensic musicological analysis confirming a 93–97% derivation between the two works.
12. Defendants monetized *Just Wanna Rock* across major platforms including Fortnite, TikTok, NFL, WWE, and DC Films, while Plaintiff's original work was suppressed and removed from Meta platforms.
13. Warner Music Group cited *Just Wanna Rock* as a key asset in its AI licensing strategy and catalog monetization, including a $1.2 billion joint venture with Bain Capital.
14. Plaintiff registered the sound recording of *Pain and Pleasure* with the U.S. Copyright Office on May 2, 2023 (SR), and the composition on April 15, 2024 (PA).
15. Plaintiff was denied access to brand endorsement opportunities comparable to Cardi B's rumored $50–$55 million Louis Vuitton deal, Rihanna's Fenty x LVMH partnership, and Beyoncé's $60 million Ivy Park agreement.
16. June 6 2025 My attorney at the time, sent a cease and desist notice to Lil Uzi's label
17. August 2025 Atlantic Records responded by having their 4x Grammy winning artist Lizzo post what she called a "Parody Remix" of Pain and Pleasure on all social media platforms
18. October 3 2025 Lil Uzi continues to perform Just Wanna Rock, he was filmed at a celebrity jewelers Bar Mitzvah performing the record

## IV. CLAIMS FOR RELIEF

**Count I – Copyright Infringement (17 U.S.C. § 501)**

16. Plaintiff owns valid copyrights in *Pain and Pleasure*.
17. Defendants copied, distributed, and monetized substantial portions of Plaintiff's work without authorization.
18. The infringement was willful and caused significant financial and reputational harm.

---

## V. PRAYER FOR RELIEF

Plaintiff respectfully requests that the Court:

a. Enter judgment in favor of Plaintiff on all claims;

b. Award actual damages in excess of **$110 million**, including lost revenue, indirect profits, and reputational harm;

c. Award statutory damages for the sound recording under 17 U.S.C. § 504(c);

d. Grant injunctive relief to prevent further use, licensing, or AI exploitation of the infringing material;

e. Award costs and reasonable attorneys' fees (if applicable);

f. Grant such other and further relief as the Court deems just and proper.

---

**Respectfully submitted,**

Executed on October 17, 2025
Brighton, New York

Sharrief K. Bouchet
p/k/a "Rawyal" or "Rief Rawyal"
Pro Se Plaintiff

# EXHIBIT A – DAMAGES CHART

| Category | Estimated Value |
| --- | --- |
| Lost streaming revenue | $8 million+ |
| Lost licensing and sync deals | $12 million+ |
| Missed brand endorsements (e.g., fashion, liquor, auto) | $25 million+ |
| Market dilution and reputational harm | $25 million+ |
| AI catalog exploitation and future loss | $40 million+ |
| **Total Estimated Damages** | **$110 million+** |

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

SHARRIEF K. BOUCHET, )
p/k/a "Rawyal" or "Rief Rawyal", )
Plaintiff, )
)
v. ) Civil Action No. [To be assigned]
)
SYMERE WOODS (p/k/a LIL UZI VERT), )
ATLANTIC RECORDS, )
GENERATION NOW, LLC, )
ROC NATION, LLC, )
WARNER MUSIC GROUP, )
Defendants. )

---

# DECLARATION OF SHARRIEF K. BOUCHET

*(p/k/a "Rawyal" or "Rief Rawyal")* **IN SUPPORT OF COMPLAINT**

I, Sharrief K. Bouchet, professionally known as "Rawyal" or "Rief Rawyal," declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the original creator of the musical work titled *Pain and Pleasure*, which I released publicly on August 15, 2022, on all major streaming platforms including Spotify, Apple Music, and YouTube.

2. On October 17, 2022, Defendants released *Just Wanna Rock*, which contains melodic, lyrical, and thematic elements substantially similar to *Pain and Pleasure*, including the chant "Wanna Rock Ah Ah," derived from my original phrase "When I Rock Ah Ah."

3. Late September 2025, I earned enough money to finally commission a forensic musicological analysis from Musicologize, which concluded that the two works share genre, tempo, hook structure, lyrical phrasing, and thematic content. The expert estimated a 93–97% derivation.

4. I have maintained professional contact with Atlantic Records since at least 2012, including email correspondence and in-person visits. I submitted original music to Atlantic executive Lanre Gaba between 2012 and 2015.

5. According to Atlantic Records' official website, Lanre Gaba is now President of Hip-Hop, R&B, and Global Music, overseeing artists including Lil Uzi Vert. This establishes a direct institutional pathway for access to my work.

6. Prior to the release of *Pain and Pleasure*, my Instagram content received visible engagement from high-profile artists and producers, including Cardi B (an Atlantic Records artist), as well as producers affiliated with Kendrick Lamar, Drake, Justin Bieber, and Nicki Minaj. Additional public figures such as Fat Joe, Teddy Riley, and Bill Cosby also interacted with my posts. While these interactions did not involve *Pain and Pleasure* specifically, they demonstrate that my creative work was actively circulating within the professional networks of Defendants and their affiliates.

7. *Just Wanna Rock* was used in major commercial campaigns and cultural placements, including:
   a. The official trailer for Warner Bros.' *Blue Beetle*, shared by DC executive James Gunn, who captioned the post with the lyric "Rock."
   b. Fortnite, where it was licensed as an emote/dance.
   c. TikTok, where it became a viral sound used in hundreds of millions of videos.
   d. NFL and WWE broadcasts.
   e. Grammy-related performances and private events, including a Bar Mitzvah.

8. These placements demonstrate that the derivative hook from *Pain and Pleasure* was not only copied but strategically monetized across entertainment, gaming, sports, and film.

9. Defendant Generation Now, LLC is the record label under which *Just Wanna Rock* was released and distributed. It operates as an imprint of Atlantic Records and Warner Music Group.

10. Defendant Roc Nation, LLC is the management company representing Defendant Symere Woods (p/k/a Lil Uzi Vert). Roc Nation played a role in promoting, licensing, and monetizing *Just Wanna Rock* across commercial platforms.

11. In 2025, Warner Music Group entered into a licensing agreement with an artificial intelligence company, citing the success of *Just Wanna Rock* as a key asset. Warner also signed a multi-year licensing deal with Meta in 2024, covering Instagram, Facebook, Threads, Horizon, and WhatsApp. These deals further monetized the derivative hook copied from *Pain and Pleasure*, extending its commercial reach into emerging technologies and social platforms.

12. Universal Music Group attempted to promote a derivative version of *Pain and Pleasure* on TikTok, but the campaign was rejected after UMG's licensing deal with TikTok fell through. Despite this, UMG and affiliated artists continued to create and distribute derivative works based on my original composition.

13. Following the viral success of *Pain and Pleasure*, numerous independent and major-label artists began releasing songs that copied its hook, structure, and style. This widespread imitation underscores the originality and influence of my work and supports a claim of industry-wide misappropriation.

14. After I released *Pain and Pleasure*, Meta removed the song from its platforms without notice or explanation. This removal obstructed public access and forced me to re-upload the record multiple times in an effort to restore visibility. Following the release of *Just Wanna Rock* by Defendants, Meta removed the original upload of *Pain and Pleasure*, which remains inaccessible to this day. This suppression further limited my ability to promote and monetize my work while the infringing material was widely distributed and commercialized. DJ's & radio programmers are now rejecting Pain and Pleasure saying it sounds too much like Lil Uzi's Just Wanna Rock

15. Despite these setbacks, *Pain and Pleasure* achieved significant engagement. One 30-second Instagram Reel featuring the song garnered over 1 million views and generated more than 100 hours of watch time. I have retained screenshots documenting this performance. Meta has muted the audio of those Reels, preventing further promotional growth

16. *Just Wanna Rock* has achieved 5× Platinum certification and surpassed 1 billion streams across platforms. Defendant Symere Woods (p/k/a Lil Uzi Vert) has performed the song at major national and international venues, with reported performance rates ranging from $100,000 to $300,000 per show. These

performances, tours, and placements demonstrate the commercial value of the copied material.

17. I registered the sound recording of *Pain and Pleasure* with the U.S. Copyright Office on May 2, 2023 (SR), and the composition on April 15, 2024 (PA).

18. I seek actual damages under 17 U.S.C. § 504(b), including lost licensing, streaming, and sync revenue, indirect profits, and reputational harm. Defendants' widespread commercial exploitation of my original hook and style — across music, gaming, film, social media, and live performance — has saturated the market and obstructed my ability to monetize my work as novel or distinctive.
Notably, *Just Wanna Rock* was licensed into **Fortnite**, a game with an estimated net worth between **$9 billion and $30 billion** and projected **2025 revenue of $6.8 billion**, making it one of the most profitable entertainment platforms globally. This placement alone demonstrates the scale of commercial value derived from the copied material.
I was denied access to similar opportunities — including soundtracks, brand endorsements, commercials, and fashion collaborations — while Defendants secured deals with Meta, DC Films, NFL, WWE, and Marc Jacobs. These placements and partnerships reflect the market value of my original work and the extent of its misappropriation.
Based on public performance rates, streaming metrics, licensing deals, and market dilution, I estimate damages in excess of **$100 million**, subject to refinement through discovery. I also seek statutory damages for the sound recording under § 504(c), as it was registered during the infringement period. I acknowledge that statutory damages for the composition are unavailable under § 412 due to timing of registration.

19. In Warner Music Group's Q1 2025 earnings report, the company reported a **41% increase in total revenue**, with executives citing **TikTok as a key factor in streaming growth**. While the specific contribution of the TikTok licensing deal was not broken out, it is clearly part of Warner's broader digital strategy and revenue surge. *Just Wanna Rock* was a central asset in this strategy, widely used across TikTok and other platforms. My original work, *Pain and Pleasure*, was removed from TikTok and Meta without explanation, obstructing my ability to participate in the same digital ecosystem that generated substantial profits for Defendants.

20. In 2025, Warner Music Group launched an aggressive AI licensing strategy, partnering with platforms including Spotify, ElevenLabs, Stability AI, Udio, and Musixmatch. These deals allow AI platforms to access Warner's catalog — including *Just Wanna Rock* — to build tools such as large language models for lyrics and metadata, music

search engines for film/TV licensing, and AI-generated music tools. Warner also entered a **$1.2 billion joint venture with Bain Capital** targeting catalog acquisitions to boost rights revenue, likely tied to AI exploitation. My original work, *Pain and Pleasure*, was excluded from these opportunities, while the copied material was monetized across emerging technologies and platforms. This further demonstrates the scale of commercial value derived from the infringement and the long-term harm to my creative and economic prospects.

21. In early 2024, Cardi B was seen wearing Louis Vuitton in high-profile appearances, sparking widespread speculation of a major brand deal. Some outlets and fan accounts reported that she was offered between **$50 million and $55 million** to become a global ambassador, though neither Louis Vuitton nor Cardi B's team confirmed the figures. If accurate, this would place her among the highest-paid brand ambassadors in fashion, comparable to Rihanna's Fenty x LVMH partnership and Beyoncé's $60 million Adidas x Ivy Park deal. As an artist whose style and originality were widely recognized prior to the release of *Just Wanna Rock*, I was positioned to pursue similar brand partnerships. The misappropriation and market saturation of my creative identity obstructed my ability to secure such high-value endorsements.

22. I am a former United States Marine and a veteran of the music industry. I was signed to **Jive Records from 1997 to 2000,** during which time I earned **multiple gold plaques** for my work and contributed to **gold-certified soundtracks**. I have collaborated with legendary artists including **KRS-One, Joe, and Chaka Khan**, and my professional reputation was well established prior to the release of *Pain and Pleasure*.

From **2009 through December 24, 2014,** I was involved in a child support dispute that resulted in the **freezing of all my assets**. Although I ultimately prevailed in that case, I was forced to **start from scratch**, which placed my music career on hold for several years. *Pain and Pleasure* represented a major creative and professional comeback. The misappropriation and market saturation of my work by Defendants not only undermined that comeback but erased the momentum I had rebuilt after years of personal and financial hardship.

23. In 2013, Atlantic Records executive **Lanre Gaba** expressed strong interest in my song titled *Anything*. She encouraged me to have the track professionally mastered so she could share it with Atlantic's DJs, and offered me a **first right of refusal** deal if the song performed well — without requiring me to sign upfront. Due to financial hardship, I was unable to afford mastering the record, and the opportunity fell through.

After learning I had relocated to **Rochester, New York**, Ms. Gaba advised me to **build local buzz** and return with performance metrics that could support a new deal. I began strategizing how to promote my music in a new market with **zero budget**, and allowed a young artist to record a version of *Anything* to help generate attention.

Unfortunately, that artist later became involved in a criminal incident and used the song title *Anything* in a disturbing public display. In response, I created a new song — *Pain and Pleasure* — to **distance myself from that association** and reintroduce my creative identity with a fresh concept. This context underscores the significance of *Pain and Pleasure* as a deliberate artistic pivot and a second chance at professional momentum.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2025, in Brighton, New York.

**Sharrief K. Bouchet**
p/k/a "Rawyal" or "Rief Rawyal"
Pro Se Plaintiff

- Plaintiff seeks actual damages under 17 U.S.C. § 504(b), including:
  - Lost licensing, streaming, and sync revenue
  - Indirect profits from commercial use
  - Reputational harm and market dilution
- Plaintiff estimates damages in excess of **$5 million**.
- Plaintiff seeks statutory damages for the sound recording under § 504(c).
- Plaintiff acknowledges statutory damages for the composition are unavailable under § 412 due to timing of registration.

# 6. Relief Requested

Plaintiff respectfully requests:

1. Judgment that Defendants infringed Plaintiff's copyrights
2. Actual and statutory damages as permitted by law
3. Injunctive relief to prevent further exploitation
4. Retroactive publishing credit and ownership share
5. Costs of litigation and any other relief the Court deems just

# 7. Exhibits

- **Exhibit A** – Declaration of Sharrief K. Bouchet
- **Exhibit B** – Social Media Engagement & Meta Suppression Evidence
- **Exhibit C** – Musicology Report
- **Exhibit D** – Copyright Registrations
- **Exhibit E** – Screenshots of Commercial Use (TikTok, Fortnite, Blue Beetle, etc.)
- Exhibit F- Proof of access. Contact with Atlantic Record Co-Presidents.
- Exhibit G- After sending Cease and Desist. Atlantic Records uses Lizzo to post a PARODY Remix of my song. Screenshot of her caption. Stating don't sue.



Exhibit B

RAWYAL.

# When you press play on Pain and Pleasure this is what pops up



Exhibit B

# Meta Instagram and Facebook search results



# MUSICOLOGIZE | MUSIC SERVICES

October 1, 2025

Dear Sharrief Rawyal,

I was asked to analyze two works and provide an opinion on the accuracy of specific claims and observations of similarities between them.

The two works:

1. **"Pain and Pleasure"** by Sharrief Rawyal
2. **"Just Wanna Rock"** by Lil Uzi Vert

Audio files of **"Pain and Pleasure"** and **"Just Wanna Rock"** were provided to me via email. I imported the audio into professional music software and applied standard musicological methods as appropriate, such as critical listening, waveform analysis, and transcription of compositional elements. From available public records, **'Pain and Pleasure'** appears to predate **'Just Wanna Rock.'**

The two works were found to share several similarities:

The two works share a common theme. **"Just Wanna Rock"** refers to the phrase itself, which is readily interpretable as a metaphor of casual sex without commitment (lyric: "Hit it once, no ties"), while **"Pain and Pleasure"** refers to values and compromises around sex throughout the work.

The **tempos** of the two works are similar; both are between 130-150 beats per minute, classically referred to by the familiar Italian indication "Allegro." In fact, they both reside in the core band of "allegro," which is generally regarded as 120-168 beats per minute.

The two works share this **drum pattern** known as the "Jersey Club" beat:



EXHIBIT

The same rhythm can also be shown in a way that more clearly emphasizes the two halves of the rhythm. The first two hits are placed on the first and second beats, and the latter half of the measure is divided into three notes in a syncopated rhythm called tresillo, which is a common feature in Reggaeton music.



Both songs rely heavily on a shared device – the repeated vocalization, "ah." While non-verbal sounds are frequently used in rap – "ah," "yeah," "uh," and laughing sounds, for example – these two works use "ah" in similar ways.

First, simply in that they repeat the "ah," as successive quarter notes, "ah, ah" and "ah, ah, ah, ah…"

Secondly, in that the works' signature phrases are first-person, present-tense declarations that end with the identical word "rock." Each with "I" followed by a present-tense verb, giving them parallel structure.

Both works in their respective lyrical couplets rhyme, substitute, and equate the word "rock" in the first line with the vocalization "ah" in the second.

**"Just Wanna Rock"**

"I just wanna rock (shake it down)
I just wanna, ah, ah, ah, ah, ah, ah, ah"

**"Pain and Pleasure"**
"Pain and pleasure when I rock, (ah, ah)
Pain and pleasure when I ah, ah"

In my opinion, these sections comprise the most essential gestures – the hook, or the heart, of the respective works.

It has been my pleasure to respond, and I'm happy to answer any further questions:

Brian McBrearty
Forensic Musicologist
Musicologize

EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## SR 961-609

**Effective Date of Registration:**
May 02, 2023
**Registration Decision Date:**
May 22, 2023

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

| | |
|---|---|
| **Title of Work:** | Pain and Pleasure Ah Ah |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | August 15, 2022 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISRC QZNWR2203937 |

## Author

| | |
|---|---|
| **• Author:** | Rawyal |
| **Author Created:** | Sound Recording |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | ▇▇▇ |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Rawyal |
| | P.O. Box▇▇▇▇▇▇▇▇NY, ▇▇▇United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | RawyalMusic.com |
| | Mr.Rawyal |
| **Email:** | rawyalunlimited@gmail.com |
| **Telephone:** |  |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-468-369

**Effective Date of Registration:**
April 15, 2024
**Registration Decision Date:**
May 01, 2024

___

## Title

**Title of Work:** Pain and Pleasure Ah Ah

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** August 15, 2022
**Nation of 1st Publication:** United States
**International Standard Number:** ISRC qznwr2203937

## Author

- **Author:** sharrief bouchet
  **Author Created:** music, lyrics, musical arrangement, underlying musical composition
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** sharrief bouchet
P.O. Box 92604, Rochester, NY, 14623, United States

## Limitation of copyright claim

**Material excluded from this claim:** music, lyrics, musical arrangement, lyrics and music
**Previous registration and year:** sr961-609, 2023

**New material included in claim:** music, lyrics, musical arrangement, underlying musical composition

## Rights and Permissions

**Organization Name:** RawyalMusic.com
Mr.Rawyal
**Email:** rawyalunlimited@gmail.com
**Address:** P.O. Box 92604

# YouTube

## Pack A Puncher · 1:12:01



# NEW* FORTNITE x LIL ZI VERT EMOTE & O...

ploaded: Nov 8, 2024 · 1.63K Likes

DONATE & BE ON STREAM:...    **More**

ages may be subject to copyright. Learn Mor

# RAWYAL.

# Lanre Gaba
# Atlantic Records President

**G** Gaba, Lanre <Lanre.Gaba@atlanticrecords.com>
to me ▾

no pro

| | |
|---|---|
| from: | **Gaba, Lanre** <Lanre.Gaba@atlanticrecords.com> |
| to: | Reif Rawyal <rawyal10@gmail.com> |
| date: | Mar 25, 2015, 4:52 PM |
| subject: | RE: Meeting |
| mailed-by: | atlanticrecords.com |
| ▶: | Important mainly because it was sent directly to you. |

**From**
**Sent:**
**To:** G
**Subje**
···

**G** Gaba, Lanre <Lanre.Gaba@atlanticrecords.com>
to me ▾

Ok. W

Sent f

···

| | |
|---|---|
| from: | **Gaba, Lanre** <Lanre.Gaba@atlanticrecords.co |
| to: | Reif Rawyal <rawyal10@gmail.com> |
| date: | Jan 2, 2013, 2:15 PM |
| subject: | Re: hey let's schedule some time next week.... |
| mailed-by: | atlanticrecords.com |
| ▶: | Important mainly because of the people in the conversation. |

**Reif F**
to Lan

Exhibit F



# Former President holding up my music & logo



Exhibit 8

FOR LEGAL PURPOSES this is NOT an official musical release— FOR LEGAL PURPOSES this is a FUN PARODY REMIX like any other PARODY on the internet— FOR LEGAL PURPOSES this is just a FUN RECAP of my IRL party last night— FOR LEGAL PURPOSES if you take this video

Exhibit 8